**Henry Floyd GILCHRIST,**
**Plaintiff–Appellant,**

v.

**The DEPARTMENT OF VETERANS AFFAIRS, Defendant–Appellee.**

No. 02–1298.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Henry Floyd Gilchrist, Appellant Pro Se. Robert F. Daley, Jr., Assistant United States Attorney, Terry Hearn Bailey, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Henry Floyd Gilchrist appeals the district court's order affirming the magistrate judge's order denying his motions for a protective order and for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*